# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christel, David W. | U.S. District Court, Western District of Washington | 02/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1717 Pacific Avenue
Tacoma, WA 98402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Member | Double Cut Management, LLC |
| 2. | Manager/Member | Kick Point, LLC |
| 3. | Manager/Member | Pelican Bay Management, LLC |
| 4. | Manager/Member | Topspin Properties, LLC |
| 5. | Member | MAJ Airport, LLC |
| 6. | Attorney in Fact | POA #1 |
| 7. | Manager/Member | Inward9 Properties, LLC |
| 8. | Manager/Member | Double Green Properties, LLC |
| 9. | Member | MAJ Fife, LLC |
| 10. | Manager/Member | Pin High NW, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Umpqua Bank | Financing on commercial property, Sunnybrook, OR | P2 |
| 2. First Republic Bank | Financing on MAJ Airport, LLC, Portland, OR | P1 |
| 3. First Republic Bank | Financing on commercial property, Stockton, CA (Topspin, Properties, LLC) | None |
| 4. First Republic Bank | Financing on commercial property, Vancouver, WA (Pin High NW, LLC) | P2 |
| 5. First Republic Bank | Financing on commercial property, Puyallup, WA (Inward9 Properties, LLC) | P1 |
| 6. First Republic Bank | Financing on commercial property, Fife, WA (MAJ Fife, LLC) | None |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Chase (cash) | A | Interest | O | T | | | | | |
| 3. Columbia Community Credit Union (cash) | A | Interest | J | T | | | | | |
| 4. IQ Credit Union (cash) | A | Interest | K | T | | | | | |
| 5. Rental Property, Clackamas, OR (Double Cut Mgmt, LLC) | D | Rent | N | W | | | | | |
| 6. Rental Property, Clackamas, OR (Pelican Bay Mgmt, LLC) | D | Rent | L | W | | | | | |
| 7. Rental Property, Portland, OR (MAJ Airport, LLC) | D | Rent | M | W | | | | | |
| 8. Investment Property, Stockton, CA (Topspin Properties) | | None | N | W | | | | | |
| 9. Rental Property, Brooklyn, NY (Kick Point, LLC) | E | Rent | P1 | W | | | | | |
| 10. MAJ Fife, LLC | | None | O | W | | | | | |
| 11. Rental Property, Vancouver, WA (Double Green Properties, LLC) | D | Rent | N | W | | | | | |
| 12. MAJ University Place Apartments LLC (Pin High NW, LLC) | | None | O | W | | | | | |
| 13. Account #1 (H) | | | | | | | | | |
| 14. Morgan Stanley Bank Account (cash) | A | Interest | J | T | | | | | |
| 15. Invesco QQQ TR (QQQ) | A | Dividend | L | T | Sold (part) | 07/01/20 | J | C | |
| 16. | | | | | Sold (part) | 08/07/20 | J | B | |
| 17. Invesco S&P 500 Equal Weight E (RSP) | A | Dividend | K | T | Buy | 11/18/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | Date of Report |
| Christel, David W. | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Ishares 3-7 Yr Treasury Bd ETF (IEI) | A | Dividend | | | Buy | 03/05/20 | K | | |
| 19. | | | | | Sold (part) | 03/30/20 | J | A | |
| 20. | | | | | Sold | 04/14/20 | K | A | |
| 21.   Ishares Edge MSCI US Qlty FAC (QUAL) | B | Dividend | L | T | Buy (add'l) | 01/16/20 | K | | |
| 22. | | | | | Buy (add'l) | 02/24/20 | J | | |
| 23. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 24. | | | | | Sold (part) | 07/01/20 | J | A | |
| 25. | | | | | Sold (part) | 12/30/20 | J | A | |
| 26.   Proshares Large Cap Core Plus (CSM) | B | Dividend | L | T | Sold (part) | 01/15/20 | J | C | |
| 27. | | | | | Sold (part) | 01/16/20 | K | E | |
| 28. | | | | | Sold (part) | 06/30/20 | J | B | |
| 29. | | | | | Sold (part) | 08/12/20 | J | A | |
| 30. | | | | | Sold (part) | 10/01/20 | J | C | |
| 31.   SPDR S&P 500 ETF Trust (SPY) | C | Dividend | M | T | Sold (part) | 01/28/20 | J | C | |
| 32. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 33. | | | | | Sold (part) | 07/01/20 | J | B | |
| 34. | | | | | Sold (part) | 08/12/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Vanguard Dividend Appreciation (VIG) | B | Dividend | L | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/19/20 | K | | |
| 37. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 38. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 39.  AQR LG Cap Defnsve Style Inst (AUEIX) | B | Dividend | M | T | Sold<br>(part) | 01/15/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 11/18/20 | J | B | |
| 41.  Blackrock Health Science Opp I (SHSSX) | | None | | | Buy | 04/23/20 | K | | |
| 42. | | | | | Sold | 11/18/20 | K | C | |
| 43.  Blackrock Hi Yield Bd PTF Inst (BHYIX) | A | Dividend | K | T | Buy | 04/14/20 | K | | |
| 44. | | | | | Buy<br>(add'l) | 11/16/20 | J | | |
| 45.  Calamos Market Neutral Inc I (CMNIX) | A | Dividend | L | T | Buy<br>(add'l) | 08/12/20 | J | | |
| 46.  Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | A | |
| 47. | | | | | Sold<br>(part) | 03/19/20 | K | | |
| 48. | | | | | Sold<br>(part) | 04/23/20 | K | | |
| 49. | | | | | Sold | 06/24/20 | K | B | |
| 50.  Fidelity Adv Total Bond I (FEPIX) | C | Dividend | L | T | Sold<br>(part) | 03/24/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | JPMorgan Emerging Markets Eq I (JEMSX) | | None | | | Buy | 01/16/20 | K | | |
| 53. | | | | | | Sold | 04/23/20 | K | | |
| 54. | PGIM Short Term Corp Bd Z (PIFZX) | B | Dividend | L | T | Sold (part) | 03/24/20 | J | | |
| 55. | | | | | | Sold (part) | 04/07/20 | K | | |
| 56. | | | | | | Sold (part) | 05/20/20 | J | | |
| 57. | | | | | | Buy (add'l) | 11/16/20 | J | | |
| 58. | PGIM Short Duration High Yield Inc Z (HYSZX) | B | Dividend | K | T | Buy | 04/07/20 | K | | |
| 59. | | | | | | Buy (add'l) | 05/20/20 | J | | |
| 60. | | | | | | Buy (add'l) | 11/16/20 | J | | |
| 61. | Pimco Income (PONPX) | C | Dividend | L | T | Buy (add'l) | 08/12/20 | K | | |
| 62. | Pimco Invest Grade Cred Bd I2 (PBDPX) | B | Dividend | K | T | Buy | 02/24/20 | K | | |
| 63. | | | | | | Buy (add'l) | 03/05/20 | K | | |
| 64. | | | | | | Buy (add'l) | 03/30/20 | J | | |
| 65. | | | | | | Buy (add'l) | 03/31/20 | J | | |
| 66. | | | | | | Sold (part) | 12/03/20 | K | A | |
| 67. | Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | | | Sold | 03/05/20 | L | | |
| 68. | Pimco Mortgage Opp & Bd I2 (PMZPX) | A | Dividend | K | T | Buy | 12/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pimco Short Term I-2 (PTSPX) | A | Dividend | | | Sold<br>(part) | 01/15/20 | K | | |
| 70. | | | | | Sold | 02/24/20 | K | | |
| 71. T Rowe Price Mid Cap Gr (RPMGX) | C | Dividend | L | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 72. | | | | | Sold<br>(part) | 08/11/20 | J | A | |
| 73. Virtus Kar Small-Cap Growth I (PXSGX) | C | Dividend | K | T | Buy | 04/23/20 | K | | |
| 74. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 75. WCM Focused Intl Gwth Inst (WCMIX) | A | Dividend | K | T | Buy | 06/24/20 | K | | |
| 76. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 77. Account #2 (H) | | | | | | | | | |
| 78. Morgan Stanley Bank Account (cash) | A | Dividend | J | T | | | | | |
| 79. Invesco QQQ TR (QQQ) | A | Dividend | K | T | Sold<br>(part) | 07/24/20 | J | B | |
| 80. Invesco S&P 500 Equal Weight E (RSP) | | None | J | T | Buy | 11/18/20 | J | | |
| 81. Ishares 3-7 Yr Treasury Bd ETF (IEI) | A | Dividend | | | Buy | 03/05/20 | J | | |
| 82. | | | | | Sold | 04/14/20 | J | A | |
| 83. Ishares Edge MSCI US Qlty FAC (QUAL) | A | Dividend | K | T | Buy<br>(add'l) | 01/16/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 85. Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 01/16/20 | J | B | |
| 87. | | | | | Sold (part) | 10/01/20 | J | B | |
| 88. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | L | T | Sold (part) | 01/28/20 | J | A | |
| 89. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 90. | | | | | Sold (part) | 12/30/20 | J | A | |
| 91. Vanguard Dividend Appreciation (VIG) | A | Dividend | K | T | Buy (add'l) | 03/19/20 | J | | |
| 92. | | | | | Sold (part) | 05/20/20 | J | | |
| 93. AQR LG Cap Defnsve Style Inst (AUEIX) | A | Dividend | K | T | Sold (part) | 11/18/20 | J | A | |
| 94. Blackrock Health Science Opp I (SHSSX) | | None | | | Buy | 04/23/20 | J | | |
| 95. | | | | | Sold | 11/18/20 | J | A | |
| 96. Blackrock Hi Yield Bd PTF Inst (BHYIX) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 97. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | | | | | |
| 98. Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | | | Sold (part) | 03/19/20 | J | | |
| 99. | | | | | Sold (part) | 04/23/20 | J | | |
| 100. | | | | | Sold | 06/24/20 | J | A | |
| 101. Fidelity Adv Total Bond I (FEPIX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 102. JPMorgan Emerging Markets Eq I (JEMSX) | | None | | | Buy | 01/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 04/23/20 | J | | |
| 104.  PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | J | | |
| 105. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 106. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 108.  PGIM Short Duration High Yield Inc Z<br>(HYSZX) | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 110.  Pimco Income (PONPX) | B | Dividend | K | T | | | | | |
| 111.  Pimco Invest Grade Cred Bd I2 (PBDPX) | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 115. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 116.  Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | | | Sold | 03/05/20 | J | | |
| 117.  Pimco Mortgage Opp & Bd I2 (PMZPX) | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 118.  Pimco Short Term I-2 (PTSPX) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | | |
| 119. | | | | | Sold | 02/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | K | T | Sold (part) | 08/11/20 | J | A | |
| 121.  Virtus Kar Small-Cap Growth I (PXSGX) | B | Dividend | J | T | Buy | 04/23/20 | J | | |
| 122. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 123.  WCM Focused Intl Gwth Inst (WCMIX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 124. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 125.  Account #3 (H) | | | | | | | | | |
| 126.  Invesco QQQ TR (QQQ) | A | Dividend | J | T | | | | | |
| 127.  Ishares Edge MSCI US Qlty Fac (QUAL) | A | Dividend | J | T | | | | | |
| 128.  Proshares Large Cap Core Plus (CSM) | A | Dividend | J | T | | | | | |
| 129.  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 130.  Vanguard Dividend Appreciation (VIG) | A | Dividend | J | T | | | | | |
| 131.  AQR Lg Cap Defnsve Style Inst (AUEIX) | A | Dividend | J | T | | | | | |
| 132.  Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | | | | | |
| 133.  Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | J | T | | | | | |
| 134.  Fidelity Adv Total Bond I (FEPIX) | A | Dividend | J | T | | | | | |
| 135.  PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | | | | | |
| 136.  Pimco Income (PONPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | J | T | | | | | |
| 138.  Pimco Short Term I-2 (PTSPX) | A | Dividend | J | T | | | | | |
| 139.  T Rowe Price Mid Cap Gr (RPMGX) | A | Dividend | J | T | | | | | |
| 140.  Account #4 (H) | | | | | | | | | |
| 141.  Morgan Stanley Bank Account (cash) | A | Interest | J | T | | | | | |
| 142.  Abbott Laboratories (ABT) | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 145.  Activision Blizzard Inc (ATVI) | | None | J | T | Buy | 06/10/20 | J | | |
| 146.  Adobe Inc (ADBE) | | None | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 149. | | | | | Sold<br>(part) | 09/11/20 | J | B | |
| 150. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 151.  Ally Financial Inc (ALLY) | | None | J | T | Buy | 12/02/20 | J | | |
| 152.  Alphabet Inc Cl A (GOOGL) | | None | K | T | | | | | |
| 153.  Amazon Com (AMZN) | | None | L | T | Buy<br>(add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 157. American Express Co (AXP) | A | Dividend | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 161. | | | | | Sold<br>(part) | 11/09/20 | J | A | |
| 162. Apple (AAPL) | A | Dividend | L | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 163. | | | | | Sold<br>(part) | 07/01/20 | J | C | |
| 164. AT&T Inc (ATT) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | A | |
| 165. | | | | | Sold | 03/20/20 | K | | |
| 166. Blackrock (BLK) | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 167. Boeing (BA) | A | Dividend | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 169. | | | | | Sold | 09/10/20 | J | | |
| 170. Caterpillar Inc (CAT) | A | Dividend | | | Buy<br>(add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 01/28/20 | J | | |
| 172. Chevron (CVX) | B | Dividend | | | Buy (add'l) | 04/09/20 | J | | |
| 173. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 174. | | | | | Sold | 11/18/20 | K | | |
| 175. Chubb (CB) | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 176. Cisco Sys Inc (CSCO) | A | Dividend | | | Sold | 02/24/20 | J | A | |
| 177. Comcast Corp (New) Class A (CMCSA) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 178. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 179. Deere & Co (DE) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 180. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 181. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 182. | | | | | Sold (part) | 12/30/20 | J | C | |
| 183. Discover Fincl Svcs (DFS) | | None | J | T | Buy | 12/02/20 | J | | |
| 184. Edward Lifesciences (EW) | | None | K | T | Buy (add'l) | 01/06/20 | J | | |
| 185. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 186. Estee Lauder Co Inc Cl A (EL) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 187. | | | | | Sold (part) | 04/15/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Facebook Inc Cl-A (FB) | | None | K | T | Buy (add'l) | 05/08/20 | J | | |
| 189. General Electric Co (GE) | A | Dividend | | | Buy | 03/02/20 | J | | |
| 190. | | | | | Sold | 08/26/20 | J | | |
| 191. Honeywell International (HON) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 192. | | | | | Sold (part) | 04/15/20 | J | D | |
| 193. Int Business Machines Corp (IBM) | | None | | | Sold | 01/17/20 | J | | |
| 194. Invesco S&P 500 Low Volatility (SPLV) | | None | | | Sold | 01/13/20 | K | B | |
| 195. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 07/21/20 | J | | |
| 196. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 197. JPMorgan Chase (JPM) | A | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 198. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 199. | | | | | Sold (part) | 12/02/20 | J | C | |
| 200. Knight-Swift Transn Hldgs Cl A (KNX) | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 201. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 202. Linde PLC (LIN) | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 203. Micron Tech Inc (MU) | | None | K | T | Buy | 02/24/20 | J | | |
| 204. | | | | | Buy (add'l) | 10/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 206.  Microsoft (MSFT) | A | Dividend | L | T | Buy<br>(add'l) | 05/08/20 | J | | |
| 207. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 208.  Nextera Energy (NEE) | A | Dividend | J | T | Sold<br>(part) | 04/15/20 | J | C | |
| 209. | | | | | Sold<br>(part) | 12/02/20 | J | D | |
| 210.  Nike (NKE) | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 211.  Palo Alto Networks (PANW) | | None | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 213. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 214.  Paypal Holdings Inc Com (PYPL) | | None | K | T | Buy | 01/08/20 | J | | |
| 215. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 216. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 217. | | | | | Sold<br>(part) | 09/11/20 | J | B | |
| 218.  Pepsico (PEP) | A | Dividend | K | T | Buy<br>(add'l) | 05/08/20 | J | | |
| 219. | | | | | Sold<br>(part) | 05/26/20 | J | A | |
| 220.  Proctor & Gamble (PG) | A | Dividend | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 221.  Raytheon Technologies (RTX) (was<br>Raytheon (RTN)) | A | Dividend | K | T | Buy<br>(add'l) | 03/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 224.  Ross Stores (ROST) | A | Dividend | K | T | Sold<br>(part) | 01/28/20 | J | A | |
| 225. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 227.  S&P Global Inc Com (SPGI) | A | Dividend | K | T | Buy | 03/26/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 229.  Salesforce.com Inc. (CRM) | | None | K | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 230.  Sherwin Williams Company Ohio (SHW) | A | Dividend | K | T | Buy | 04/15/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 06/11/20 | J | | |
| 233.  Southwest Airlines (LUV) | | None | J | T | Buy | 09/09/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 235.  Starbucks Corp Washington (SBUX) | A | Dividend | J | T | Buy | 03/26/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 237.  Thermo Fisher Scientific (TMO) | A | Dividend | K | T | Buy<br>(add'l) | 05/08/20 | J | | |
| 238. | | | | | Sold<br>(part) | 09/04/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 240. Uber Technologies Inc (UBER) | | None | J | T | | | | | |
| 241. United Health GP (UNH) | A | Dividend | K | T | Buy (add'l) | 12/03/20 | J | | |
| 242. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 243. Valero Energy CP Dela New (VLO) | A | Dividend | | | Buy (add'l) | 01/13/20 | J | | |
| 244. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 245. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 246. | | | | | Sold (part) | 09/15/20 | J | | |
| 247. | | | | | Sold | 10/05/20 | J | | |
| 248. Verizon Communications (VZ) | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 249. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 250. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 251. Visa Inc Cl A (V) | A | Dividend | L | T | Buy (add'l) | 05/08/20 | J | | |
| 252. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 253. Voya Finl (VOYA) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 254. | | | | | Sold (part) | 12/02/20 | J | C | |
| 255. Walmart Inc (WMT) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Walt Disney Co Holding (DIS) | A | Dividend | K | T | Buy (add'l) | 04/09/20 | J | | |
| 257. | | | | | Sold (part) | 11/09/20 | J | B | |
| 258. Health Care Sel Sect SPDR Fd (XLV) | A | Dividend | | | Sold | 05/26/20 | K | B | |
| 259. Invesco QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 08/28/20 | J | C | |
| 260. Invesco S&P 500 Equal Weight E (RSP) | A | Dividend | K | T | Buy | 11/13/20 | K | | |
| 261. Ishares Edge MSCI US Quality Factor (QUAL) | A | Dividend | | | Buy | 01/13/20 | K | | |
| 262. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 263. | | | | | Sold (part) | 08/28/20 | J | A | |
| 264. | | | | | Sold | 11/13/20 | K | C | |
| 265. Vanguard Energy ETD (VDE) | A | Dividend | K | T | Buy | 11/19/20 | K | | |
| 266. Vanguard Small Cap ETF (VB) | A | Dividend | K | T | Buy | 05/26/20 | K | | |
| 267. | | | | | Buy (add'l) | 10/05/20 | J | | |
| 268. Invesco Prem US Govt Mny Inst (IUGXX) (cash) | A | Dividend | | | Sold | 05/26/20 | K | | |
| 269. Account #5 (H) | | | | | | | | | |
| 270. Morgan Stanley Bank Account (cash) | A | Interest | J | T | | | | | |
| 271. Invesco QQQ TR (QQQ) | A | Dividend | K | T | Sold (part) | 07/01/20 | J | B | |
| 272. | | | | | Sold (part) | 08/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Invesco S&P 500 Equal Weight E (RSP) | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 274.  Ishares 3-7 Yr Treasury Bd ETF (IEI) | A | Dividend | | | Buy | 03/05/20 | J | | |
| 275. | | | | | Sold (part) | 03/30/20 | J | A | |
| 276. | | | | | Sold | 04/14/20 | J | A | |
| 277.  Ishares Edge MSCI US Qlty FAC (QUAL) | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 278. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 279. | | | | | Sold (part) | 12/30/20 | J | A | |
| 280.  Proshares Large Cap Core Plus (CSM) | A | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 281. | | | | | Sold (part) | 01/16/20 | J | C | |
| 282. | | | | | Sold (part) | 10/01/20 | J | B | |
| 283.  SPDR S&P 500 ETF Trust (SPY) | B | Dividend | L | T | Sold (part) | 01/28/20 | J | B | |
| 284. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 285. | | | | | Sold (part) | 07/01/20 | J | A | |
| 286. | | | | | Sold (part) | 12/30/20 | J | B | |
| 287.  Vanguard Dividend Appreciation (VIG) | A | Dividend | K | T | Buy (add'l) | 03/19/20 | J | | |
| 288. | | | | | Sold (part) | 05/20/20 | J | | |
| 289.  AQR LG Cap Defnsve Style Inst (AUEIX) | A | Dividend | K | T | Sold (part) | 11/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Blackrock Health Science Opp I (SHSSX) | | None | | | Buy | 04/23/20 | J | | |
| 291. | | | | | Sold | 11/18/20 | J | A | |
| 292. Blackrock Hi Yield Bd PTF Inst (BHYIX) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 293. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | K | T | | | | | |
| 294. Calvert Emerging Markets Eq I (CVMIX) (Y) | | | | | | | | | |
| 295. Doubleline Shiller Enh Cape I (DSEEX) | A | Dividend | | | Sold (part) | 01/15/20 | J | A | |
| 296. | | | | | Sold (part) | 03/19/20 | J | | |
| 297. | | | | | Sold (part) | 04/23/20 | J | | |
| 298. | | | | | Sold | 06/24/20 | J | | |
| 299. Fidelity Adv Total Bond I (FEPIX) | B | Dividend | K | T | Sold (part) | 03/24/20 | J | | |
| 300. JPMorgan Emerging Markets Eq I (JEMSX) | | None | | | Buy | 01/16/20 | J | | |
| 301. | | | | | Sold | 04/23/20 | J | | |
| 302. PGIM Short Term Corp Bd Z (PIFZX) | A | Dividend | J | T | Sold (part) | 03/24/20 | J | | |
| 303. | | | | | Sold (part) | 04/07/20 | J | | |
| 304. | | | | | Sold (part) | 05/20/20 | J | | |
| 305. PGIM Short Duration High Yield Inc Z (HYSZX) | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 306. | | | | | Buy (add'l) | 05/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. Pimco Income (PONPX) | B | Dividend | K | T | | | | | |
| 308. Pimco Invest Grade Cred Bd I2 (PBDPX) | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 309. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 310. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 311. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 312. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 313. Pimco Low Duration Inc 12 (PFTPX) | A | Dividend | | | Sold | 03/05/20 | K | | |
| 314. Pimco Mortgage Opp & Bd I2 (PMZPX) | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 315. Pimco Short Term I-2 (PTSPX) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | | |
| 316. | | | | | Sold | 02/24/20 | J | | |
| 317. T Rowe Price Mid Cap Gr (RPMGX) | B | Dividend | K | T | Sold<br>(part) | 08/11/20 | J | A | |
| 318. Virtus Kar Small-Cap Growth I (PXSGX) | B | Dividend | K | T | Buy | 04/23/20 | J | | |
| 319. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 320. WCM Focused Intl Gwth Inst (WCMIX) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 321. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 322. Account #6 (H) | | | | | | | | | |
| 323. Morgan Stanley Bank Account (cash) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. MSBNA Preferred Savings (cash) | B | Interest | M | T | Open | 01/02/20 | M | | |
| 325. Blackstone Group (BX) | A | Dividend | J | T | | | | | |
| 326. Energy Transfer Partners LP (ET) | A | Dividend | | | Sold | 11/10/20 | J | | |
| 327. Enterprise Prod Partners LP (EPD) | A | Dividend | J | T | | | | | |
| 328. Morgan Stanley (MS) | A | Dividend | K | T | Buy | 04/02/20 | J | | |
| 329. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 330. | | | | | Sold<br>(part) | 12/04/20 | J | C | |
| 331. Twitter Inc (TWTR) (X) | | None | J | T | | | | | |
| 332. MS 8.15% CNTG Coupon Note Linked to S&P 500 Rate | B | Interest | K | T | | | | | |
| 333. Invesco Prem US Govt Mny Inst (IUGXX) (cash) (Y) | | | | | | | | | |
| 334. Templeton Global Total Ret A (TGTRX) (was C (TTRCX)) | A | Dividend | J | T | | | | | |
| 335. Gold Bar Ten Troy Ounce | | None | M | T | Buy | 07/09/20 | L | | |
| 336. | | | | | Buy<br>(add'l) | 09/17/20 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Christel, David W.** | 02/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Value codes are based upon gross value, although the filer owns only a fractional share of the underlying assets.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544